1 PHILLIP A. TALBERT
United States Attorney
2 BOBBIE J. MONTOYA
Assistant United States Attorney
3 Eastern District of California
501 I Street, Suite 10-100
4 Sacramento, CA 95814-2322
Telephone: (916) 554-2775
5 Facsimile: (916) 554-2900
Email: Bobbie.Montoya@usdoj.gov

Attorneys for Petitioner United States of America

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | 1:17-CV-1321-DAD-SKO |
|---|---|
| Petitioner, | |
| v. | **ORDER GRANTING PETITIONER'S REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING** |
| MARIO VASQUEZ dba CENTRAL PAINT AND BODY, | |
| Respondent. | Taxpayer:<br>MARIO VASQUEZ, dba CENTRAL PAINT AND BODY |
| | **OLD HEARING DATE:** |
| | Date: November 22, 2017<br>Time: 9:30 a.m.<br>Ctrm: 7, 6th Floor<br>Judge; Honorable Sheila K. Oberto |
| | **NEW HEARING DATE:** |
| | Date: November 29, 2017<br>Time: 9:30 a.m.<br>Ctrm: 7, 6th Floor<br>Judge: Honorable Sheila K. Oberto |

Petitioner United States of America's request to continue the hearing on Order to Show Cause Re: Tax Summons Enforcement from November 22, 2017, to November 29, 2017, at 9:30 a.m. (Doc. 5), is hereby GRANTED. The Order to Show Cause hearing is continued to Wednesday,

ORDER 1

November 29, 2017, at 9:30 a.m., in Courtroom No. 7.  The deadlines set forth in the Order to Show Cause issued October 3, 2017 (Doc. 4), are incorporated herein and shall remain in effect.

IT IS SO ORDERED.

Dated:  **October 5, 2017**                    /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE