IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>v.<br><br>MARIO VASQUEZ dba CENTRAL PAINT AND BODY,<br><br>　　　　　Respondent. | 1:17-CV-1321-DAD-SKO<br><br>**ORDER FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING**<br><br>**Taxpayer:**<br>**MARIO VASQUEZ, dba CENTRAL PAINT AND BODY**<br><br>**PREVIOUS HEARING DATE:**<br><br>Date:　November 29, 2017<br>Time:　9:30 a.m.<br>Ctrm:　7, 6th Floor<br>Judge:　Honorable Sheila K. Oberto<br><br>**NEW HEARING DATE:**<br><br>Date:　January 10, 2018<br>Time:　9:30 a.m.<br>Ctrm:　7, 6th Floor<br>Judge:　Honorable Sheila K. Oberto |
|---|---|

　　　This matter came on before United States Magistrate Judge Sheila K. Oberto on November 29, 2017, under the Order to Show Cause filed October 3, 2017, ECF 4. At the hearing, Bobbie J. Montoya, Assistant United States Attorney, personally appeared for Petitioner. Respondent, Mario Vasquez, dba Central Paint and Body, did not appear at the hearing.

　　　Counsel for the United States advised the Court that Respondent is working with Revenue Officer Michael J. Papasergia and appears to be making a good faith effort toward compliance with the

ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

tax summons at issue in this proceeding. Counsel for the United States requested the hearing be continued to January 10, 2018, at 9:30 a.m., indicating that Respondent's business is complex with numerous records for Respondent to produce and Revenue Officer Papasergia to review, and that such a continuance would afford Respondent time to achieve compliance.

**Petitioner United States of America's request for a continuance is hereby GRANTED.** Accordingly, the hearing on Order to Show Cause Re: Tax Summons Enforcement is continued from November 29, 2017, to Wednesday, January 10, 2018, at 9:30 a.m., in Courtroom No. 7. **Petitioner SHALL notify the Court if Respondent complies with the tax summons prior to the hearing date.**

IT IS SO ORDERED.

Dated: **December 4, 2017**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE