MCGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2741
Facsimile: (916) 554-2900
Email: Kelli.L.Taylor@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>MARIO VASQUEZ, dba CENTRAL PAINT AND BODY,<br><br>　　　　　　　　　Respondent. | 1:17-CV-01321-DAD-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>**(Doc. 13)** |

On January 5, 2018, Petitioner filed a Notice of Voluntary Dismissal, in which Petitioner notified the Court of the dismissal of this action without prejudice. (Doc. 13.) Petitioner filed this notice before the opposing parties served a response to the Petition. As such, Petitioner has voluntarily dismissed this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Show Cause hearing scheduled for Wednesday, January 10, 2018, is hereby VACATED. The Court DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **January 5, 2018**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND CLOSE CASE　　1